Case 2:21-cr-00131-JAD-BNW   Document 6   Filed 06/08/21   Page 1 of 9

# FILED UNDER SEAL
Case 2:21-cr-00131-JAD-BNW   Document 6   Filed 06/08/21   Page 1 of 9

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

---

**PETITION FOR WARRANT
FOR OFFENDER UNDER SUPERVISION**

---

Name of Offender: **Mushegh Melkonyan**

Case Number: **2:21CR00131**

Name of Sentencing Judicial Officer: **Honorable Liam O'Grady**

Date of Original Sentence: **November 30, 2018**

Original Offense:      **Count 1: Conspiracy to Commit Bank and Wire Fraud**
                                **Count 11: Aggravated Identity Theft**

Original Sentence: **30 months on Count One, and 24 months on Count Eleven, to run consecutively to each other, for a total of 54 months prison, followed by a 60-month term of supervised release on Count 1 and a 12 month term of supervised release to run concurrently.**

Date Supervision Commenced: **March 19, 2021**

Date Jurisdiction Transferred to District of Nevada: **June 8, 2021**

Name of Assigned Judicial Officer: **Honorable Jennifer Dorsey**

---

**PETITIONING THE COURT**

☒ To issue a warrant.

---

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Possess or Use a Controlled Substance (Mandatory)** – The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

RE: Mushegh Melkonyan

    A. Melkonyan unlawfully possessed a controlled substance, namely synthetic cannabinoids, on June 7, 2021, while inside the residential reentry center men's restroom, per his own admission to the undersigned officer on the same date.

    B. Melkonyan admitted to the use of and/or submitted positive drug tests on the following dates:

- March 30, 2021 admitted use of heroin on or about March 26, 2021 to United States Probation Officer Nicki Pipilakis, also confirmed by Alere Toxicology Laboratory for morphine and codeine.

- April 1, 2021 confirmed positive for morphine and codeine through Alere Toxicology.

- April 6, 2021, admitted use of heroin on or about April 5, 2021 to United States Probation Officer Nicki Pipilakis.

- June 7, 2021, admitted use of synthetic cannabinoids on June 7, 2021 while inside the residential reentry center Men's restroom, to the undersigned officer.

    C. Melkonyan failed to submit a drug test as required on the following dates by "stalling" while at the drug testing facility:

- March 29, 2021
- June 6, 2021

2. **Refrain from Use of Controlled Substance (Standard)** - The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician.

    A. Melkonyan unlawfully possessed a controlled substance, namely synthetic cannabinoids, on June 7, 2021, while inside the residential reentry center men's restroom, per his own admission to the undersigned officer on the same date.

    B. Melkonyan admitted to the use of and/or submitted positive drug tests on the following dates:

- March 30, 2021 admitted use of heroin on or about March 26, 2021 to United States Probation Officer Nicki Pipilakis, also confirmed by Alere Toxicology Laboratory for morphine and codeine.

RE: Mushegh Melkonyan

- April 1, 2021 confirmed positive for morphine and codeine through Alere Toxicology.

- April 6, 2021, admitted use of heroin on or about April 5, 2021 to United States Probation Officer Nicki Pipilakis.

- June 7, 2021, admitted use of synthetic cannabinoids on June 7, 2021 while inside the residential reentry center Men's restroom, to the undersigned officer.

3. **Substance Abuse Treatment** – The defendant must participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

   Melkonyan failed to attend outpatient substance abuse treatment as required when he failed to attend his initial appointment at Bridge Counseling on April 13, 2021, as instructed by United States Probation Officer Nickie Pipilakis.

4. **C.A.R.E. Program** – You shall participate in the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.

   Melkonyan admitted to the possession and use of synthetic cannabinoids on June 7, 2021 while inside the residential reentry center men's restroom to the undersigned officer on the same date.

5. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 7 months or 212 days. You must follow the rules and regulations of the center.

   Melkonyan violated the following rules of the residential reentry center:

   A. On May 28, 2021, Melkonyan obtained a ride from another resident of the residential reentry center and CARE Program participant from the CARE Program back to the residential reentry center after the CARE Program ended for the day, in violation of Code 309: Violating a condition of a community program.

RE: Mushegh Melkonyan

Prob12C
D/NV Form
Rev. March 2017

B. On June 2, 2021, Melkonyan failed to attend his weekly scheduled meeting with his case manager at 8:00 AM, in violation of Code 309: Violating a condition of a community program.

C. On June 7, 2021, Melkonyan was found lying on the floor near a cubicle unresponsive to staff commands and convulsively shaking. 911 emergency assistance was called and responded to the scene and assessed Melkonyan's condition upon arrival. Melkonyan refused medical assessment at a nearby hospital. During an interview with the undersigned officer in the presence of Director Montes and Assistant Director Clark, Melkonyan admitted to using synthetic cannabinoids for recreational use while inside the facility. Melkonyan violated Code 112, Use of Synthetic Drugs. This infraction would carry a return to custody under BOP guidelines; therefore, Melkonyan was noted to be a program failure, removed from the facility on June 8, 2021, and is no longer allowed to reside at the facility.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 8, 2021**

*Bryce D. Stark* **Bryce Stark**

_____
Bryce D. Stark
Senior United States Probation Officer

Approved:

*Benjamin Johnson* Ben Johnson
2021.06.08 14:11:16
-07'00'

_____
Benjamin B. Johnson
Supervisory United States Probation Officer

RE: **Mushegh Melkonyan**

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

☐     No Action.
**X**     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

_____
Signature of Judicial Officer

6/8/2021
_____
Date

RE: Mushegh Melkonyan

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. MUSHEGH MELKONYAN, 2:21CR00131

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### June 8, 2021

On November 30, 2018, Mushegh Melkonyan was sentenced in the Eastern District of Virginia to 54 months custody with credit for time served (this term of imprisonment consists of a term of 30 months on Count One and a term of 24 months on Count Eleven; all counts are to run consecutively to each other) followed by five years of supervised release (this term consists of a term of five (5) years on Count One and a term of one (1) year on Count Eleven, all to run concurrently) for committing the offenses Count One: Conspiracy to Commit Bank and wire Fraud, a felony, and Count Eleven: Aggravated Identity Theft, a felony, in 18CR000149-003. At sentencing, he was ordered to pay $494,971.13 in restitution and a $200 special assessment fee. On March 19, 2021, Melkonyan commenced supervised release in the District of Nevada.

Upon starting supervision, on March 29, 2021, Melkonyan stalled and was failed to submit a drug test. On March 30, 2021, Melkonyan called United States Probation Officer Nicki Pipilakis and admitted he used heroin four days prior. On March 30, 2021, Melkonyan submitted a drug test that was confirmed by Alere Toxicology for morphine and codeine. Drug testing was increased in order to hold him accountable.

On March 31, 2021, Melkonyan was informed by officer Pipilakis that he was scheduled for an in-person substance abuse treatment assessment at Bridge Counseling on April 13, 2021, at 5:00 pm. Melkonyan later failed to attend the required appointment.

On April 1, 2021, Melkonyan submitted a drug test that was confirmed positive for morphine and codeine by Alere Toxicology.

On April 2, 2021, Melkonyan entered a Detox program at Westcare and was released on April 5, 2021. On April 6, 2021, Melkonyan called officer Pipilakis and admitted he used heroin again after his released from detox on April 5, 2021.

On April 7, 2021, Melkonyan entered the Detox program at Crossroads Treatment Center and was released on April 10, 2021.

On April 14, 2021, Melkonyan was telephonically contacted by officer Pipilakis and directed to report to the probation office due to continued non-compliance. Melkonyan reported as directed and stated that he at first forgot about his appointment at Bridge Counseling. He then stated that he was referred by Crossroads Treatment Center to WellCare Medical and Behavioral Clinic (WellCare). He provided documentation that he had appeared for appointments there on April 12, 2021 and April 13, 2021 and that he was prescribed Buspirone, Hydroxyzine, Remeron, Buprenorphine and Clonazepam on April 12, 2021.

RE: Mushegh Melkonyan

Prob12C
D/NV Form
Rev. March 2017

Because Melkonyan was released from custody less than a month before the violation conduct, admitted to the use of heroin on multiple occasions, had been in detox twice, and missed his substance abuse treatment assessment, more intensive treatment was sought. Melkonyan agreed to a waiver of hearing to add conditions of supervision to include the CARE Program, Residential Reentry Center, and a search condition. The request was submitted to the Eastern District of Virginia as well as a request for transfer of jurisdiction to the District of Nevada. The Court in Virginia granted the request for all.

Melkonyan was placed at the residential reentry center on May 17, 2021. The rules of the facility were made clear to him by staff there and he signed a form indicating he understood and received a copy of the rules. As noted in this petition, Melkonyan violated the rules of the facility when he accepted a ride in a vehicle from the CARE Program to the residential reentry center on May 28, 2021 and failed to attend a required meeting with his case manager on June 2, 2021.

A lengthy discussion took place with Melkonyan and the undersigned officer on May 21, 2021 regarding the prescription he obtained for Suboxone from WellCare for use as medication assisted treatment. Melkonyan ensured that he did not wish to take the medication and had only taken it because it was given to him at the clinic where he chose to attend. At the time he had been taking the medication for approximately one month. He was instructed to contact WellCare directly to discuss how to stop use of the medication to avoid withdrawal symptoms or other medical issues. He advised later that he did so and was to "wean" off the medication. Melkonyan advised that he had already began the process before speaking to the undersigned officer. He was advised that this was his choice, and that the probation office was willing to work with him in his medication assisted treatment. He again advised he chose to stop the use of Suboxone.

Melkonyan was enrolled in the CARE Program and started on May 24, 2021. On May 28, 2021, he was seen leaving the facility as a passenger in a vehicle driven by another participant who was also a resident of the residential reentry center, in violation of the rules of the facility. He admitted to doing so, and that he had done this on more than one occasion and had traveled to areas not approved through his pass at the residential reentry center.

On June 1, 2021, Melkonyan contacted the undersigned officer by phone and advised he chose to reengage with his prescription of Suboxone to be able to taper off correctly, as he felt he was ill from stopping the use too abruptly. He obtained a new prescription on the same date from WellCare and reported starting the medication again as prescribed.

On June 6, 2021, Melkonyan arrived at Westcare for drug testing and failed to submit to a test, indicated by a "stall" when afforded opportunities to submit to testing as required. It was noted that this is the same technique he previously used when he later admitted to heroin use.

On June 7, 2021, Melkonyan was found on the floor of the residential reentry center housing area convulsing, was nonresponsive to staff, and was salivating from his mouth. Medics were called to the scene and he refused treatment or transport to a local hospital. Melkonyan was held in from treatment until he could be interviewed by the undersigned officer. When he was interviewed, he first stated he forgot to take a sleeping pill the night before which caused him to

RE: Mushegh Melkonyan

Prob12C
D/NV Form
Rev. March 2017

have a seizure the morning of June 7, 2021. After further investigation and questioning, Melkonyan admitted that he intentionally used synthetic cannabinoid for the purpose of "getting high" from smoking it just prior to his being found nonresponsive. Because of his possession and use of synthetic cannabinoids inside the residential reentry center, and due to his medical incident that arose from the use, he was unsuccessfully discharged from the facility as a program failure. It should be noted that the component of residential reentry center placement is a part of the CARE Program placement. Melkonyan was placed at the center as part of his treatment due to the probation office having knowledge that he was using heroin while residing at his parent's residence when the heroin admission and testing happened as noted in this petition. When Melkonyan was interviewed on June 7, 2021 he admitted to use of heroin while residing with his parents just before he was placed at the residential reentry center.

Melkonyan has been in the CARE Program for less than three weeks. Since his placement, he failed to submit to a drug test, violated rules of the halfway house three times, and possessed and used synthetic cannabinoids inside the residential reentry center facility. It appears he did not take his treatment seriously when placed into the CARE Program. Melkonyan has admitted use and/or positive tests for heroin and synthetic cannabinoids on four occasions since the start of supervised release. Since he has been removed from the residential reentry center as a program failure and admitted he used heroin when residing with his parents, there is no viable alternative to continue him in the CARE Program. Because of this, it is respectfully requested that a warrant be issued for his arrest and revocation proceedings are started to address the violation conduct. It is also respectfully requested that Melkonyan remain in custody pending a final revocation hearing. It is believed that he is a danger to himself through his drug use as indicated by medics being called to treat him when he was nonresponsive and is likely a danger to the community due to his continued drug use.

Respectfully submitted,

Bryce Stark

Bryce D. Stark
Senior United States Probation Officer

Approved:

Ben Johnson
2021.06.08 14:12:31
-07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer