# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
### for
### the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Mushegh Melkonyan**

Case Number: **2:21CR00131**

Name of Sentencing Judicial Officer: **Honorable Liam O'Grady**

Date of Original Sentence: **November 30, 2018**

Original Offense: **Conspiracy to Commit Bank and Wire Fraud and Aggravated Identity Theft**

Original Sentence: **54 Months prison, followed by 60 Months TSR.**

Date of Prior Revocation: **June 28, 2021**

Revocation Sentence: **Time Served, Followed by 59 Months TSR**

Date Supervision Commenced: **June 28, 2021**

Date Jurisdiction Transferred to District of Nevada: **June 8, 2021**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

**RE: Mushegh Melkonyan**

Prob12C
D/NV Form
Rev. March 2017

A.    On the following dates Melkonyan tested positive for the following controlled Substances:

April 5, 2022 – methamphetamine, cocaine, codeine, and morphine (heroin)
April 14, 2022 – methamphetamine, codeine, and morphine (heroin)
April 18, 2022 – codeine and morphine (heroin)
April 21, 2022 – morphine (heroin)
April 26, 2022 – codeine and morphine (heroin)
May 7, 2022 – codeine and morphine (heroin)

Following each positive test Melkonyan admitted to the drug use.

B.    On the following dates Melkonyan failed to report for drug testing.

October 25, 2021
December 1, 2021
March 24, 2022
March 25, 2022
April 4, 2022
April 13, 2022
April 15, 2022

C.    On the following dates Melkonyan failed to produce a urine specimen for drug testing:

April 2, 2022
April 4, 2022
April 14, 2022

2.    **Follow Instructions Of Probation Officer** - **You must follow the instructions of the probation officer related to the conditions of supervision.**

A.    On March 25, 2022, the undersigned officer contacted Melkonyan and instructed him to report that date to our contracted testing facility to submit to a drug test. Melkonyan failed to report for drug testing as directed.

B.    On April 4, 2022, Melkonyan reported to the probation office to address his no shows and to submit to a drug test. Melkonyan failed to produce a urine specimen during the office visit but admitted he relapsed with heroin and would be positive. Melkonyan signed an admission form and was directed by Supervisory United

**RE: Mushegh Melkonyan**

Prob12C
D/NV Form
Rev. March 2017

States Probation Officer Todd Fredlund to report to our contracted  drug testing facility by 7:00 p.m. to submit to a drug test. Melkonyan failed to   report for testing as directed.

RE: Mushegh Melkonyan

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☐ Revoked

I declare under penalty of perjury that the
information contained herein is true and correct,

Executed on **May 16, 2022**

Digitally signed by
Javier Muruato-Cortez
Date: 2022.05.17
09:13:11 -07'00'

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Todd
Fredlund
Date: 2022.05.16 17:59:17
-07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

☐        No Action.
**X**        The issuance of a warrant.
☐        The issuance of a summons.
☐        Other:

Signature of Judicial Officer

5/18/2022

Date

RE: Mushegh Melkonyan

Prob12C
D/NV Form
Rev. March 2017

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. MUSHEGH MELKONYAN,  2:21CR00131

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### May 16, 2022

By way of case history, on November 30, 2018, Mushegh Melkonyan was sentenced in the Eastern District of Virginia to 54 months custody and five years of supervised release for committing the offenses of Conspiracy to Commit Bank and Wire Fraud and Aggravated Identity Theft. On March 19, 2021, Melkonyan commenced his first term of supervised release in the District of Nevada. The district of Nevada took jurisdiction of the case on June 8, 2021.

Shortly after commencing his first term of supervised release, Melkonyan began violating conditions by using controlled substances, to include heroin and synthetic cannabinoids. To assist Melkonyan with his significant drug addiction he was placed into the C.A.R.E. Program and required to reside at the Residential Reentry Center (RRC). While at the RRC, On June 7, 2021, Melkonyan was found on the floor convulsing, was nonresponsive to staff, and was salivating from his mouth. Melkonyan admitted that he intentionally used synthetic cannabinoid for the purpose of "getting high" from smoking it just prior to him being found nonresponsive. Resultantly, Melkonyan was returned to court for revocation proceedings.

On June 28, 2021, Your Honor revoked Melkonyan's supervised released, sentenced him to time served with 59 months of supervised release. Your Honor further ordered Melkonyan enter and successfully complete residential treatment. Melkonyan successfully completed residential treatment on September 28, 2021 and was transitioned into outpatient substance abuse treatment.

As detailed in this petition, Melkonyan had multiple no shows and stalls for drug testing commencing mid-March 2022. On April 4, 2022, Melkonyan reported to the probation office and met with Supervisory United States Probation Officer (SUSPO) Todd Fredlund to discuss noncompliance regarding drug testing. Melkonyan explained SUSPO Fredlund that on or about February 28, 2022 he was involved in an automobile accident and sustained injuries. Melkonyan stated he was in quite a bit of pain and went to a pain specialist at the direction of his personal injury attorney wherein he was prescribed Hydrocodone, an opiate based pain medication. At the time he was prescribed pain medication he was taking Suboxone, which is a prescription medication used in treating those addicted to opioids. Suboxone contains a partial opioid agonist, which will make an individual sick if they were to use any type of opiate based substance while using Suboxone. Melkonyan chose to immediately cease taking his Suboxone in favor of taking the prescribed pain medication. Suboxone is not to be stopped suddenly and one must be titrated over time. Resultantly, Melkonyan started experiencing withdrawal symptoms and opted to use heroin to alleviate these symptoms, which led to a full-blown relapse and daily use.

Melkonyan began to spiral rapidly with daily use of heroin and other substances, to include methamphetamine and cocaine. As such, the probation office, in consultation with Melkonyan's

**RE: Mushegh Melkonyan**

Prob12C
D/NV Form
Rev. March 2017

substance abuse clinician, directed Melkonyan to check into a detox facility. On April 6, 2022, the Probation Officer met Melkonyan at Crossroads where he voluntarily checked himself into their detox program. Melkonyan was discharged on April 7, 2022.

As an intervention to address his ongoing drug use, Melkonyan was placed in intensive outpatient treatment the week of April 11, 2022, which requires him to attend three (3) substance abuse groups per week, with each group three hours in duration, and a monthly individual session. In addition, his drug testing was increased. Additionally, as a controlling measure, on April 12, 2022, Melkonyan's conditions were modified to include 60 days of home detention enforced by location monitoring.

On April 13, 2022, Melkonyan failed to report to a scheduled drug test. On April 14, 202 Melkonyan reported to the probation office for drug testing. It should be noted that when he reported to the probation office, he was acting erratic and sweating profusely. Furthermore, a facility security officer reported that when Melkonyan entered the building he immediately went into the lobby restroom and was heard vomiting. Melkonyan failed to produce a urine specimen during the office visit but admitted using heroin on April 13, 2022 and would be positive. Melkonyan signed an admission form and was directed to report to our contracted drug testing facility by 7:00 p.m. to submit to a drug test. Melkonyan's drug test returned positive for methamphetamines, codeine, and morphine (heroin).

To address his heroin abuse, Melkonyan has been going to a methadone clinic for medicated assisted treatment to address his addiction. He is reporting to the methadone clinic Monday through Saturday and receiving 85mg of methadone per day. Melkonyan claimed his continued positive drug tests for opiates was result of methadone. It is noted that methadone will not confirm positive for codeine and/or morphine.

On May 16, 2022 Melkonyan was confronted with the results of the positive drug test since April 18, 2022. Melkonyan admitted he has not ceased frequent use of heroin and used as recently as May 15, 2022. Of significant concern is that Melkonyan failed to notify the methadone clinic of his ongoing heroin use and by using these substances together it places him at significant risk of suffering from an overdose. On May 16, 2022, his assigned case manager was informed of his continued use of heroin.

Pursuant to 18 U.S.C. § 3583(g)(4), revocation is mandatory if person under supervision tests positive for illegal controlled substances more than 3 times over the course of 1 year. Melkonyan has a significate substance abuse history. He has been afforded multiple opportunities to address his substance abuse, to include the C.A.R.E. Program and residential treatment. Melkonyan continues to use heroin, in combination with other drugs, and is at significant risk of an overdose. Melkonyan is a danger to himself through his drug use. It is respectfully requested that a warrant be issued so that revocation proceedings can be initiated.

**RE: Mushegh Melkonyan**

Prob12C
D/NV Form
Rev. March 2017

Respectfully submitted,

Digitally signed by Javier
Muruato-Cortez
Date: 2022.05.17 09:12:35
-07'00'

_____

Javier Muruato
U.S. Probation Officer

Approved:

Digitally signed by Todd
Fredlund
Date: 2022.05.16 17:59:31
-07'00'

_____

Todd J. Fredlund
Supervisory United States Probation Officer