# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUSHEGH MELKONYAN,<br><br>Defendant. | Case No. 2:21-cr-00131-JAD-BNW<br><br>**ORDER**<br><br>ECF No. 33 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, June 6, 2022 at 3:00 p.m., be vacated and continued to July 19, 2022, at 3:00 p.m.

DATED this 3rd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE