**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MUSHEGH MELKONYAN,<br><br>    Defendant. | Case No. 2:21-CR-00131-JAD-BNW<br><br>**ORDER**<br><br>ECF No. 36 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, July 19, 2022 at 3:00 p.m., be vacated and continued to August 2, 2022, at 2:00 p.m.

DATED this 18th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE