**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00131-JAD-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| MUSHEGH MELKONYAN, | ECF No. 51 |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 30, 2022 at 10:00 a.m., be vacated and continued to September 8, 2022, at 2:00 p.m.

DATED this 29th day of August 2022.

_____
UNITED STATES DISTRICT JUDGE